DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAUREN B. TURNER** and **ANDREA DIAZ,**
Appellants,

v.

**VIACORD, LLC,**
Appellee.

No. 4D2024-0487

[July 11, 2024]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE23-020540.

Alec H. Schultz and Carly A. Kligler of Hilgers Graben PLLC, Miami, and Hadyn C. Pettersen of Hilgers Graben PLLC, Lincoln, Nebraska, for appellants.

Joel L. McNabney of Robinson & Cole LLP, Miami, and Wystan M. Ackerman of Robinson & Cole LLP, Hartford, Connecticut, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***